1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11   GLENN MICHAEL KUDER,                    No. 2:12-CV-1725-GEB-CMK

12          Plaintiff,

13       vs.                                 <u>ORDER</u>

14   JP MORGAN CHASE, N.A., et al.,

15          Defendants.

16   _____/

17          Plaintiff, who is proceeding pro se, brings this civil action.  Good cause appearing

18   therefor, the scheduling conference set for November 14, 2012, before the undersigned in

19   Redding, California, is hereby vacated pending final resolution of defendants' motion to dismiss

20   and motion to strike.

21          IT IS SO ORDERED.

22
23    DATED:  November 5, 2012

24                                        _____
                                          **CRAIG M. KELLISON**
25                                        UNITED STATES MAGISTRATE JUDGE

26

1