IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN MICHAEL KUDER,                   No. 2:12-CV-1725-GEB-CMK

      Plaintiff,

  vs.                                         ORDER

JP MORGAN CHASE, N.A., et al.,

      Defendants.

_____/

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's document entitled "Plaintiff's Notice of Motion and Motion to Vacate the Hearing on September 12, 2012, and to Reschedule the Hearing for Violation of the Plaintiff's Due Process Rights Memorandum of Points and Authorities in Support" (Doc. 15). Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for November 28, 2012, before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

DATED: November 21, 2012

                                                                             **CRAIG M. KELLISON**
                                                                            UNITED STATES MAGISTRATE JUDGE